**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 07, 2014

Mr. Euel Walter Kinsey Jr.
McKeen & Associates
645 Griswold Street
Suite 4200
Detroit, MI 48226

Mr. James E. Looper Jr.
Hall Booth Smith
611 Commerce Street
Suite 3000
Nashville, TN 37203

Re:  Case No. 14-1210, *Diane Lara, et al v. Joseph Rupard, et al*
     Originating Case No. : 1:13-cv-00554

Dear Counsel:

   The Court issued the enclosed Order today in this case.

                                             Sincerely yours,

                                             s/Amy E. Gigliotti
                                             Case Manager
                                             Direct Dial No. 513-564-7012

cc:  Ms. Tracey Cordes

Enclosure

Case No. 14-1210

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DIANE L. LARA; DEAN M. LARA

      Plaintiffs - Appellants

v.

JOSEPH M. RUPARD, M.D.; RUPARD FAMILY MEDICINE, INC.; BYRON J. BLOOM

      Defendants - Appellees

  Upon consideration of appellant's motion to reinstate the case and appellee's opposition;

  And further considering that the appellant has not cured the default which led to the dismissal of the appeal;

  It is therefore **ORDERED** that the motion be and it hereby is **DENIED**.

                                    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: May 07, 2014